**81** WILSON vs. CIRCUIT JUDGE (Wayne), No. 15154.

**82** CUNEO vs. CIRCUIT JUDGE (Wayne), No. 15155.

**83** OTERI vs. CIRCUIT JUDGE (Wayne), No. 15156.

**84 ORR & LAMBENHEIMER CO. vs. CIRCUIT JUDGE (Wayne), No. 15157.**

**85 MOBILE FRUIT & TRADING Co. vs. CIRCUIT JUDGE (Wayne), No. 15158.**

To vacate orders quashing writs of capias ad respondendum, because of the alleged insufficiency of the affidavits upon which the orders to hold to bail were based.

Granted November 5, 1895, with costs in each case.

These orders were entered in cases commenced against Phillip Curro, (see preceding case No. 80), upon like charges, except that in these no charge was made as to misrepresentations when the goods were purchased.